IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PHILLIP CHARLES AUGHT, JR. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-00682-SDJ-AGD |
| | § | |
| CALFUND, LLC | § | |

**ORDER**

Pending before the court are Defendant's Motion to Transfer Venue, and in the Alternative, Motion to Compel Arbitration (Dkt. #14), Plaintiff's Motion for Hearing in Opposition to Defendant's Motion (Dkt. #17), and Plaintiff's Emergency Motion for Status Update and Expedited Ruling (Dkt. #19). The court is aware of the pending motions and will issue a ruling on Defendant's Motion (Dkt. #14) in due course. Accordingly, having reviewed the Motions and all relevant pleadings, the court finds that Plaintiff's Motion for Hearing (Dkt. #17) should be denied, and Plaintiff's Emergency Motion (Dkt. #19) should be granted in part and denied in part.

It is therefore **ORDERED** that Plaintiff's Motion for Hearing (Dkt. #17) is **DENIED**. Should the court determine that a hearing on Defendant's Motion to Transfer Venue (Dkt. #14) is necessary, the court will schedule a hearing.

It is further **ORDERED** that Plaintiff's Emergency Motion (Dkt. #19) is **GRANTED IN PART** and **DENIED IN PART** as set forth herein.

**IT IS SO ORDERED**.

**SIGNED this 6th day of April, 2025.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE